## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ERIC C. BURGIE, ADC #120956;                                                        PLAINTIFFS
and SAMUEL L. HENDERSON, ADC #120748

v.                                                       NO. 4:12CV00051 JLH

JIM R. HANNAH, *et al.*                                                             DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of March, 2012.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE