# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ERIC C. BURGIE, ADC #120956;     PLAINTIFFS
and SAMUEL L. HENDERSON, ADC #120748

v.     NO. 4:12CV00051 JLH

JIM R. HANNAH, *et al.*     DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of March, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE